IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

VERCON CONSTRUCTION, INC. )
)
      Plaintiffs )
)
v. ) CV 103-147 & CV 104-26
)
ML JAMES ISLAND APARTMENTS, )
L.P., ET AL )
      Defendants )

**O R D E R**

The stipulations to dismiss with prejudice as presented by the parties are hereby APPROVED.

SO ORDERED this 15th day of July, 2005.

_____
ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA